IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 07-339 |
| | ) |
| CURTIS RAY McABEE, | ) |
| Defendant. | ) |

ORDER

AND NOW, this 27th day of March, 2008, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered October 17, 2007, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Tuesday, April 8, 2008 at 1:30 p.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

s/Gary L. Lancaster          ,J.
The Honorable Gary L. Lancaster,
United States District Judge

cc: Charles A. Eberle,
Assistant United States Attorney

Marketa Sims,
Assistant Federal Public Defender

U.S. Marshal

U.S. Pretrial Services

U.S. Probation