IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 07-339 |
| | ) | |
| CURTIS RAY McABEE | ) | |

ORDER OF CRIMINAL FORFEITURE
AGAINST CURTIS RAY McABEE

AND NOW, this 11th day of Sept, 2008, it is hereby ORDERED, ADJUDGED and DECREED that:

    a. One Bersa Model Thunder 380 caliber pistol SN 5363693
    b. One Beretta Model 950BS .25 ACP caliber pistol SN BR32891V
    c. One Franchi Model AL 48 12 gauge shotgun SN U31457
    d. One Norinco Model SKS 7.62 x 39 mm caliber rifle SN 10215573

1. All right, title and interest of Curtis Ray McAbee in the(the Subject Firearms) are forfeited to the United States for disposition in accordance with federal law pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. 2461 (c).

2. Due to the minimal value of the Subject Firearms, advertising is hereby waived.

3. The Court will adjudicate all third-party claims.

_____
UNITED STATES DISTRICT COURT