IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 07-339 |
| | ) |
| CURTIS RAY McABEE | ) |

**FINAL ORDER OF FORFEITURE**

AND NOW, this 6th day of Aug, 2010, it is hereby ORDERED, ADJUDGED and DECREED that the following firearms are hereby forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1) for disposition in accordance with federal law, free and clear of all right, title and interest of any person or entity including, without limitation, Curtis Ray McAbee:

a. One Bersa Model Thunder 380 caliber pistol SN 5363693
b. One Beretta Model 950BS .25 ACP caliber pistol SN BR32891V
c. One Franchi Model AL 48 12 gauge shotgun SN U31457
d. One Norinco Model SKS 7.62 x 39 mm caliber rifle SN 10215573

_____
UNITED STATES DISTRICT COURT